IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLO SUPPLY INC. and SURREAL BRANDS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUZIHAO RESOURCE MANAGEMENT CO. LTD., a.k.a. BRAVE FINDER, a.k.a. AMAZON STOREFRONT CAPKIT DIRECT, TENGXIN PLASTIC PRODUCT FACTORY CO. LTD., and YIN QIONG,<br><br>　　　　Defendants. | Civ. No.: 5:24-mc-00015-FJS-MJK<br><br>**ORDER** |

This matter having been opened to the Court upon an application by Plaintiffs Sylo Supply Inc. and Surreal Brands LLC (the "Plaintiffs"), for the entry of an Order pursuant to Fed. R. Civ. P. 4.1(a) and 69(a)(1), so-ordering the Amended Writ of Execution, and ordering the U.S. Marshal to serve the Amended Writ of Execution on Amazon Payments, Inc. c/o Corporation Service Company at the address of 80 State Street, Albany, NY 12207 and the Court having considered the Parties' submissions as well as the arguments of counsel, if any; and good cause having been shown:

**IT IS**, on the __6th__ day of __August__, 2024,

**ORDERED** that Plaintiffs' Motion is hereby **GRANTED.**

_____
Mitchell J. Katz
U.S. Magistrate Judge

1